July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DONG DANG HUYNH, Appellant

NO. 14-13-00302-CV                    V.

RICHARD HAYNES, RICHARD HAYNES & ASSOCIATES, P.C., WALTER
A. BOYD II, AND HAYNES, BOYD & ASSOCIATES, P.C., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 8, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dong Dang Huynh.

We further order this decision certified below for observance.